AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF CALIFORNIA

E-filing

SAVE STRAWBERRY CANYON, a non-profit corporation, )
)
)
)
Plaintiff )
v. )
LAWRENCE BERKELEY NATIONAL )
LABORATORY, a federal national laboratory; )
STEVEN CHU, in his official capacity; )
DEPARTMENT OF ENERGY, [cont'd Att. A] )
Defendant )

Civil Action No.

ADR

C08-03494 TEH

**Summons in a Civil Action**

To: Lawrence Berkeley National Laboratory, Steven Chu, Department of Energy, and Samuel W. Bodman

*(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  JUL 2 1 2008

Richard W. Wieking
Name of clerk of court

CLARA PIERCE
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Summons – Attachment A

Caption Cont'd - DEFENDANTS

SAMUEL W. BODMAN, in his official capacity; BENJAMIN ALLEN, in his official capacity; RICHARD C. BLUM, in his official capacity; WILLIAM DE LA PEÑA, in his official capacity; RUSSELL S. GOULD, in his official capacity; JUDITH L. HOPKINSON, in her official capacity; JOHN HOTCHKIS, in his official capacity; EDDIE ISLAND, in his official capacity; ODESSA P. JOHNSON, in her official capacity; JOANNE CORDAY KOZBERG, in her official capacity; SHERRY L. LANSING, in her official capacity; MONICA C. LOZANO, in her official capacity; GEORGE M. MARCUS, in his official capacity; NORMAN J. PATTIZ, in his official capacity; BONNIE RIESS, in her official capacity; FREDERICK RUIZ, in his official capacity; LESLIE TANG SCHILLING, in her official capacity; BRUCE D. VARNER, in his official capacity; PAUL D. WACHTER, in his official capacity; ARNOLD SCHWARZENEGGER, in his official capacity; MARK G. YUDOF, in his official capacity; JOHN GARAMENDI, in his official capacity; FABIAN NUÑEZ, in his official capacity; JACK O'CONNELL, in his official capacity; ELEANOR V. BREWER, in her official capacity; and PHILIP J. BUGAY, in his official capacity

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                                _____
                                                        Server's signature

                                                _____
                                                        Printed name and title

                                                _____
                                                           Server's address