1  John Lynn Smith (SBN 154657)
   Rose L. Standifer (SBN 232579)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572
   Telephone: 510.763.2000
4  Facsimile: 510.273.8832
   E-mail: jlsmith@reedsmith.com
5
   **Mailing Address:**
6  P.O. Box 2084
   Oakland, CA  94604-2084
7
   Attorneys for UC Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  SAVE STRAWBERRY CANYON, a non-profit      Case No.: C08-03494 TEH
    corporation,
12                                            **PROOF OF SERVICE**
                    Plaintiff,
13
            vs.
14
    LAWRENCE BERKELEY NATIONAL
15  LABORATORY, a federal national laboratory; STEVEN
    CHU, in his official capacity; DEPARTMENT OF
16  ENERGY, a federal agency; SAMUEL W. BODMAN, in
    his official capacity; BENJAMIN ALLEN, in his official
17  capacity; RICHARD C. BLUM, in his official capacity;
    WILLIAM DE LA PENA, in his official capacity;
18  RUSSELL S. GOULD, in his official capacity; JUDITH
    L. HOPKINSON, in her official capacity; JOHN
19  HOTCHKIS, in his official capacity; EDDIE ISLAND, in
    his official capacity; ODESSA P. JOHNSON, in her
20  official capacity; JOANNE CORDAY KOZBERG, in her
    official capacity; SHERRY L. LANSING, in her official
21  capacity; MONICA C. LOZANO, in her official capacity;
    GEORGE M. MARCUS, in his official capacity;
22  NORMAN J. PATTIZ, in his official capacity; BONNIE
    RIESS, in her official capacity; FREDERICK RUIZ, in
23  his official capacity; LESLIE TANG SCHILLING, in her
    official capacity; BRUCE D. VARNER, in his official
24  capacity; PAUL D. WACHTER, in his official capacity;
    ARNOLD SCHWARZENEGGER, in his official
25  capacity; MARK G. YUDOF, in his official capacity;
    JOHN GARAMENDI, in his official capacity; FABIAN
26  NUNEZ, in his official capacity; JACK O'CONNELL, in
    his official capacity; ELEANOR V. BREWER, in her
27  official capacity; PHILIP J. BUGAY, in his official
    capacity,
28
                    Defendants.

– 1 –

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On August 19, 2008, I served the following document(s) by the method indicated below:

**STIPULATION FOR EXTENSION OF TIME FOR UC DEFENDANTS TO RESPOND TO COMPLAINT; PROOF OF SERVICE**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| | |
|---|---|
| Richard Toshiyuki Drury<br>Lozeau Drury LLP<br>1516 Oak Street, Suite 216<br>Oakland, CA 94501 | Attorney for Plaintiff |
| Michael Thomas Pyle<br>U.S. Attorney's Office<br>Box 36055<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Attorney for Department of Energy, a federal agency, and Samuel W. Bodman, in his official capacity |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 19, 2008, at San Francisco, California.

_____
Mary Meyers

12524759.1 8/19/08 1:56 PM                                          DOCSSFO-