John Lynn Smith (SBN 154657)
Rose L. Standifer (SBN 232579)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: 510.763.2000
Facsimile: 510.273.8832
E-mail: jlsmith@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Attorneys for UC Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non-profit corporation,<br><br>          Plaintiff,<br><br>   vs.<br><br>LAWRENCE BERKELEY NATIONAL LABORATORY, a federal national laboratory; STEVEN CHU, in his official capacity; DEPARTMENT OF ENERGY, a federal agency; SAMUEL W. BODMAN, in his official capacity; BENJAMIN ALLEN, in his official capacity; RICHARD C. BLUM, in his official capacity; WILLIAM DE LA PENA, in his official capacity; RUSSELL S. GOULD, in his official capacity; JUDITH L. HOPKINSON, in her official capacity; JOHN HOTCHKIS, in his official capacity; EDDIE ISLAND, in his official capacity; ODESSA P. JOHNSON, in her official capacity; JOANNE CORDAY KOZBERG, in her official capacity; SHERRY L. LANSING, in her official capacity; MONICA C. LOZANO, in her official capacity; GEORGE M. MARCUS, in his official capacity; NORMAN J. PATTIZ, in his official capacity; BONNIE RIESS, in her official capacity; FREDERICK RUIZ, in his official capacity; LESLIE TANG SCHILLING, in her official capacity; BRUCE D. VARNER, in his official capacity; PAUL D. WACHTER, in his official capacity; ARNOLD SCHWARZENEGGER, in his official capacity; MARK G. YUDOF, in his official capacity; JOHN GARAMENDI, in his official capacity; FABIAN NUNEZ, in his official capacity; JACK O'CONNELL, in his official capacity; ELEANOR V. BREWER, in her official capacity; PHILIP J. BUGAY, in his official capacity,<br><br>          Defendants. | Case No.: C08-03494 TEH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR UC DEFENDANTS TO RESPOND TO COMPLAINT** |

– 1 –

This Stipulation is entered into by and between Plaintiff SAVE STRAWBERRY CANYON, on the one hand, and Defendants LAWRENCE BERKELEY NATIONAL LABORATORY, STEVEN CHU, BENJAMIN ALLEN, RICHARD C. BLUM, WILLIAM DE LA PENA, RUSSELL S. GOULD, JUDITH L. HOPKINSON, JOHN HOTCHKIS, EDDIE ISLAND, ODESSA P. JOHNSON, JOANNE CORDAY KOZBERG, SHERRY L. LANSING, MONICA C. LOZANO, GEORGE M. MARCUS, NORMAN J. PATTIZ, BONNIE RIESS, FREDERICK RUIZ, LESLIE TANG SCHILLING, BRUCE D. VARNER, PAUL D. WACHTER, ARNOLD SCHWARZENEGGER, MARK G. YUDOF, JOHN GARAMENDI, FABIAN NUNEZ, JACK O'CONNELL, ELEANOR V. BREWER, and PHILIP J. BUGAY (collectively, the "UC Defendants"), on the other hand, through their counsel and is based upon the following:

1. On July 21 2008, Plaintiff filed a complaint for declaratory and injunctive relief against the UC Defendants, the Department of Energy, and Samuel W. Bodman, in his official capacity.

2. On July 31, 2008, Plaintiff served the UC Defendants.

3. The UC Defendants' deadline to respond to the complaint is August 20, 2008.

4. On August 11, 2008, the UC Defendants' counsel requested an extension of time to and including September 29, 2008, which coincides with the response deadline for the Department of Energy, to respond to the complaint. Plaintiff's counsel granted that request.

5. Plaintiff and the UC Defendants stipulate and agree that the UC Defendants shall have to and including September 29, 2008, which coincides with the response deadline for the Department of Energy, to respond to the complaint.

6. Plaintiff and the UC Defendants also stipulate and agree that neither Plaintiff nor the UC Defendants, either collectively or individually, waive any claim, defense, or position by entering into this stipulation, including, but not limited to, claims related to jurisdiction, proper party status, affiliations, or capacity to be sued.

SO STIPULATED.

DATED: August 18, 2008.

REED SMITH LLP

By _____
John Lynn Smith
Attorneys for UC Defendants

DATED: August 18, 2008.

LOZEAU DRURY LLP

By _____
Michael Robert Lozeau
Attorneys for Plaintiff



IT IS SO ORDERED
Judge Thelton E. Henderson
08/20/08
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA