John Lynn Smith (SBN 154657)
Rose L. Standifer (SBN 232579)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Telephone:     510.763.2000
Facsimile:     510.273.8832

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Attorneys for University of California Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LAWRENCE BERKELEY NATIONAL LABORATORY, a federal national laboratory; STEVEN CHU, in his official capacity; DEPARTMENT OF ENERGY, a federal agency; SAMUEL W. BODMAN, in his official capacity; BENJAMIN ALLEN, in his official capacity; RICHARD C. BLUM, in his official capacity; WILLIAM DE LA PENA, in his official capacity; RUSSELL S. GOULD, in his official capacity; JUDITH L. HOPKINSON, in her official capacity; JOHN HOTCHKIS, in his official capacity; EDDIE ISLAND, in his official capacity; ODESSA P. JOHNSON, in her official capacity; JOANNE CORDAY KOZBERG, in her official capacity; SHERRY L. LANSING, in her official capacity; MONICA C. LOZANO, in her official capacity; GEORGE M. MARCUS, in his official capacity; NORMAN J. PATTIZ, in his official capacity; BONNIE RIESS, in her official capacity; FREDERICK RUIZ, in his official capacity; LESLIE TANG SCHILLING, in her official capacity; BRUCE D. VARNER, in his official capacity; PAUL D. WACHTER, in his official capacity; ARNOLD SCHWARZENEGGER, in his official capacity; MARK G. YUDOF, in his official capacity; JOHN GARAMENDI, in his official capacity; FABIAN NUNEZ, in his official capacity; JACK O'CONNELL, in his official capacity; ELEANOR V. BREWER, in her official capacity; PHILIP J. BUGAY, in his official capacity,<br><br>　　　　　　Defendants. | Case No.: C08-03494 TEH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:     July 21, 2008<br><br>Honorable Thelton E. Henderson |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

~~[PROPOSED]~~ **ORDER**

IT IS HEREBY ORDERED, for good cause appearing therefor, that the time for Defendants to respond to the Complaint is extended to December 1, 2008.

IT IS FURTHER ORDERED that the **CASE SCHEDULE** for this action be reset as follows:

| Date | |
|---|---|
| 12/8/2008 | Last day to: <br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan <br>• File ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) <br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) |
| 12/22/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) |
| 1/5/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 12, 19th Fl, SF at 1:30 PM |

IT IS SO ORDERED.

Date: _____09/25/08_____         _____
The Honorable Thelton E. Henderson
United States District Judge

*[signature: Judge Thelton E. Henderson, United States District Court, Northern District of California]*

– 2 –

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware