IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAVE STRAWBERRY CANYON,

        Plaintiff,

     v.

LAWRENCE BERKELEY NATIONAL LABORATORY, et al.,

        Defendants.

NO. C08-3494 TEH

ORDER OF RECUSAL

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 12/17/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT