IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST WRIGHT,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN CHIANG, STATE CONTROLLER, JEFFREY V. BROWNFIELD, CHIEF DIVISION OF AUDITS, MATTHEW MIRANDA, FIELD AUDITOR, AND DOES 1–XX,<br><br>        Defendants.<br>                                              / | No. C 08-03134 WHA<br><br>**ORDER RE BRIEFING FOR MOTION TO DISMISS; ORDER RESCHEDULING HEARING** |

Plaintiff, acting *pro se*, filed this action claiming civil rights and employment-law violations. Defendant moved to dismiss plaintiff's first amended complaint, and a hearing on the motion was scheduled for January 15, 2008. Pursuant to Civil Local Rule 7-3, plaintiff was required to file the opposition brief, if he wished to file one, by December 29, 2008 (given the holiday). Plaintiff, however, has filed no opposition. Plaintiff must file the opposition brief, if he intends to file one, no later than Friday, **JANUARY 9, 2008**. If plaintiff fails to respond to defendant's motion by that date, the motion may be granted as unopposed. Defendant must file its reply to plaintiff's opposition by Thursday, **JANUARY 15, 2008**. The January 15 hearing is hereby **RESCHEDULED** for Thursday, **JANUARY 22, 2008, AT 8:00 A.M**.

Dated: January 6, 2009

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE