IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAVE STRAWBERRY CANYON, a non-profit corporation,

    Plaintiff,

  v.

LAWRENCE BERKELEY NATIONAL LABORATORY, et al.,

    Defendants.
                              /

No. C 08-03494 WHA

**ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS**

In this complaint for declaratory and injunctive relief under the National Environmental Policy Act, originally assigned to Judge Thelton Henderson, the UC defendants have filed a motion to dismiss or to strike. A hearing on the motion is scheduled for Monday, January 26, 2009. The case was subsequently reassigned to the undersigned.

Pursuant to the Supplemental Order of December 22, 2008, the hearing on the motion will be rescheduled to the undersigned's law-in-motion calendar (Dkt. No. 27 ¶ 6). The hearing is hereby rescheduled for Thursday, **JANUARY 29, 2009, AT 8:00 A.M**. The briefing schedule shall be as provided by Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: January 6, 2009

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE