IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE BERKELEY NATIONAL LABORATORY, et al.,<br><br>    Defendants.<br>                                                    / | No. C 08-03494 WHA<br><br>**ORDER RE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

     In this complaint for declaratory and injunctive relief under the National Environmental Policy Act, originally assigned to Judge Thelton Henderson, the UC defendants have filed a motion to dismiss or to strike. The case was subsequently reassigned to the undersigned. Although a January 6 order rescheduled the hearing on the motion for January 29, the motion will be heard not on that date but rather on the date for which it had been re-noticed before the undersigned, **FEBRUARY 19, 2009, AT 8:00 A.M**.

     **IT IS SO ORDERED.**

Dated: January 7, 2009

                                                        WILLIAM ALSUP<br>                                                         UNITED STATES DISTRICT JUDGE