IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAVE STRAWBERRY CANYON, a non-profit corporation,

        Plaintiff,

  v.

DEPARTMENT OF ENERGY, et al.,

        Defendants.

                                   /

No. C 08-03494 WHA

**ORDER REGARDING RECENT NINTH CIRCUIT DECISION**

An order dated March 18, 2009, granted plaintiff's motion for preliminary injunction and issued a limited injunction pending resolution of the merits later this year. Two days later, the Ninth Circuit issued an opinion in which, interpreting the Supreme Court's recent decision in *Winter*, it discussed the standard for granting or denying such relief. *American Trucking Ass'ns v. City of Los Angeles*, Case No. 08-56503 (9th Cir. Mar. 20, 2008).

The parties are requested to brief the import of *American Trucking* for the March 18 order according to the following schedule. Both sides should file an initial brief on the subject, no greater than ten pages, by Friday, **MARCH 27, 2009, AT NOON**. Both sides may file any response they wish to file, no greater than five pages, by Wednesday, **APRIL 1, 2009, AT NOON**.

**IT IS SO ORDERED.**

Dated: March 20, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE