Michael R. Lozeau (CA Bar No. 142893)
　e-mail: michael@lozeaudrury.com
Richard T. Drury (CA Bar No. 163559)
　e-mail: richard@lozeaudrury.com
Douglas J. Chermak (CA Bar No. 233382)
　e-mail: doug@lozeaudrury.com
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non-profit corporation,<br><br>　　　　Plaintiff,<br>　vs.<br><br>DEPARTMENT OF ENERGY, a federal agency; et al.,<br><br>　　　　Defendants. | Case No.: C08-03494 WHA<br><br>**STIPULATED REQUEST TO EXTEND PAGES FOR MEMORANDA RELATING TO MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

WHEREAS, pursuant to the Court's Case Management Order dated January 28, 2009 the parties to this action may file dispositive motions by no later than June 25, 2009;

WHEREAS, the parties intend to file motions for summary judgment by this date;

WHEREAS, Local Rule 7.2 for the Northern District of California limits the length of supporting and opposition memoranda for such motions to 25 pages; and

WHEREAS, due to the quantity of documents obtained during discovery and because the motions will involve references to extensive evidence, the parties require more than 25 pages to present their factual and legal arguments in their supporting and opposition memoranda.

1
Stipulated Request to Extend Pages for Memoranda
Relating to Motions for Summary Judgment; [Proposed] Order
Case No. C08-03494 WHA

**THE PARTIES THEREFORE STIPULATE AND REQUEST AS FOLLOWS**:

1. The Parties agree that each party may file an opening memorandum in support of its motion for summary judgment in excess of 25 pages, and not to exceed 35 pages;

2. The Parties agree that each party may file a memorandum in opposition to another party's motion for summary judgment in excess of 25 pages, and not to exceed 35 pages;

3. The Parties agree that each party may file a reply memorandum in support of its motion for summary judgment in excess of 15 pages, and not to exceed 20 pages;

4. The Parties agree to respectfully request that (1) the Court allow each party to file their respective supporting and opposition memoranda for motions for summary judgment in excess of 25 pages, and not to exceed 35 pages, and (2) the Court allow each party to file a reply memorandum in support of its motion for summary judgment in excess of 15 pages, and not to exceed 20 pages.

DATED: June 18, 2009.

          REED SMITH LLP

          By _/s/ John Lynn Smith_
              John Lynn Smith
              Attorneys for UC Defendants

DATED: June 18, 2009.

          JOHN C. CRUDEN
          Deputy Assistant Attorney General
          Environment & Natural Resources Division

          By _/s/ Peter C. Whitfield_
              BARCLAY T. SAMFORD
              Trial Attorney
              PETER C. WHITFIELD
              Trial Attorney
              Attorneys for Federal Defendants

2
Stipulated Request to Extend Pages for Memoranda
Relating to Motions for Summary Judgment; [Proposed] Order
Case No. C08-03494 WHA

DATED: June 18, 2009.

                                LOZEAU DRURY LLP


                            By *Michael R. Lozeau*
                               Michael R. Lozeau
                               Attorneys for Plaintiff*

*I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: June 19, 2009

                               The Honorable William Alsup
                               United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

3
Stipulated Request to Extend Pages for Memoranda
Relating to Motions for Summary Judgment; [Proposed] Order
Case No. C08-03494 WHA