IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAVE STRAWBERRY CANYON,                          No. C 08-03494 WHA

        Plaintiff,

  v.                                                           **JUDGMENT**

LAWRENCE BERKELEY NATIONAL
LABORATORY,

        Defendant.
_____/

     For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. The Clerk **SHALL CLOSE THE FILE**. The Court shall retain jurisdiction to enforce the terms of the injunction.

     **IT IS SO ORDERED.**

Dated: August 17, 2009.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE