**IGNACIA S. MORENO**
Assistant Attorney General
Environment & Natural Resources Division
**BARCLAY T. SAMFORD**
Email: clay.samford@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: 303-844-1475
Tel: 303-844-1350
**PETER C. WHITFIELD**
Email: peter.whitfield@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
601 D Street, NW, Rm. 3533
Washington, DC 20004
Tel: 202-305-0430
Tel: 202-305-0274

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY, et al. <br><br> Defendants. | Case No.: 08-03494 WHA <br><br> STIPULATION ON ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER <br><br> Hearing Date: March 18, 2010 <br> Time: 8:00 AM <br> Courtroom: 9, 19th Floor <br> Judge William H. Alsup |

Plaintiffs and Federal Defendants in <u>Save Strawberry Canyon v. U.S. Dep't of Energy</u>, Case No. 08-03494 WHA, by their undersigned attorneys, hereby stipulate as follows:

1. Federal Defendants agree to settle the claim for costs and attorneys' fees of Plaintiff (filed November 11, 2009) for three hundred sixty-five thousand dollars ($365,000.00).

2. Payment, as identified in Paragraph 1 above, shall be accomplished by electronic fund transfer(s) into the Client Trust Account of plaintiff's attorneys, Lozeau Drury LLP. Undersigned counsel for Plaintiff shall provide the appropriate account number and any other information needed to make payment to the undersigned counsel for Defendants. Defendants shall submit the necessary paperwork for payment to the appropriate Department of Energy authorities within twenty (20) business days after this stipulation is entered by the Court or Plaintiff provides the information required to facilitate the payment, whichever is later. Plaintiff's attorneys shall notify the Defendants' attorneys when payment is received.

3. Plaintiff agrees to accept payment of $365,000.00 in full satisfaction of any and all claims for attorneys' fees and costs in the above-captioned litigation.

4. Plaintiff's attorneys are receiving funds in trust for Plaintiff, and Plaintiff agrees to this procedure. Plaintiff and their attorneys agree to hold harmless Defendants in any litigation, further suit, or claim arising from the payment of the agreed upon $365,000.00 settlement amount pursuant to Paragraph 2.

5. This Stipulation is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. This stipulation does not represent an admission by any party to any fact, claim, or defense concerning any issue in this case. Further, this Stipulation has no precedential value and shall not be used as evidence by either Federal Defendants or Plaintiff in any other litigation except as necessary to enforce the terms of the stipulation. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

6. The undersigned representatives of Plaintiff and Federal Defendants certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of

1 | this Stipulated Agreement and to legally bind such Parties to it.

2 | 7.  Nothing in the terms of this Stipulation shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

8.  This Stipulation represents the entirety of the undersigned Parties' commitments with regard to settlement. The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

IT IS HEREBY AGREED.

Respectfully submitted, February 24, 2010.

                IGNACIA S. MORENO
                Assistant Attorney General
                Environment & Natural Resources Division

                  /s/ Barclay T. Samford
                BARCLAY T. SAMFORD
                Trial Attorney
                Natural Resources Section
                Environment & Natural Resources Division
                U.S. Department of Justice
                1961 Stout Street - 8th Floor
                Denver, CO 80294
                Telephone:  (303) 844-1475
                Facsimile:    (303) 844-1350
                Clay.Samford@usdoj.gov

                Attorneys for Federal Defendants

                  /s/ Michael R. Lozeau
                MICHAEL R. LOZEAU
                Lozeau Drury LLP
                1516 Oak Street, Suite 216
                Alameda, CA 94501
                Telephone:  (510) 749-9102
                Facsimile:    (510) 749-9103
                michael@lozeaudrury.com

                Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: March 1, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup