# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE STRAWBERRY CANYON, a non profit corporation, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF ENERGY, et al. ) ) Defendants. ) | Case No.: 08 03494 WHA<br><br>[proposed] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR DISSOLUTION OF INJUNCTION<br><br>Judge Hon. William H. Alsup |

Pending before the Court is Federal Defendants' unopposed motion under Rule 60(b)(5) of the Federal Rules of Civil Procedure to dissolve this Court's August 17, 2009, injunction. As set forth below, Federal Defendants' motion is **GRANTED**.

On August 17, 2009, this Court held that the proposal to construct a Computational Research and Theory facility ("CRT") is subject to the National Environmental Policy Act ("NEPA") and enjoined construction of the facility "until proper NEPA review is completed by the Department of Energy." Dkt. No. 176 at 15. On March 1, 2011, DOE issued to the public an Environmental Assessment ("EA") and Finding of No Significant Impact ("FONSI"). The Court finds that DOE has complied with the Court's order, and that dissolution of the August 17, 2009, injunction is appropriate. See, e.g., Ecology Center v. Castaneda, 426 F.3d 1144, 1147 (9th Cir. 2005) (affirming district court dissolution of injunction under Rule 60(b)(5) after new agency decision). In so ordering, the Court has not been presented with and does not rule on, either implicitly or expressly, the propriety or adequacy of DOE's EA or FONSI. The Court notes that any challenge to the adequacy of the EA and the FONSI will be adjudicated through a new

Case No. 08-03494 WHA / Proposed Order Fed. Def. Unopposed Motion Dissolve Injunction – Page 1

complaint to be reviewed pursuant to the Administrative Procedure Act ("APA") on the basis of the administrative record upon which the agency's decision was made.  See, e.g., Lujan v. Nat'l Wildlife Fed'n, 497 U.S. 871, 882 (1990) (alleged NEPA violations are reviewed under the APA).

It is hereby **ORDERED** that this Court's August 17, 2009, injunction is dissolved effective March 31, 2011.

**IT IS SO ORDERED**

Dated:  March 3, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE